# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

REVA STUART,	Civil File No. 09-CV-00954-DW

    Plaintiff,

vs.	**STIPULATION OF DISMISSAL WITH PREJUDICE**

CREDIT WORLD SERVICES, INC.

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Reva Stuart, and the defendant, Credit World Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                         Respectfully submitted,

Dated: January 14, 2010	By: <u>/s/J. Mark Meinhardt</u>
                                        J. Mark Meinhardt, #53501
                                        4707 College Blvd, Suite 100
                                        Leawood, KS 66211
                                        (913) 451-9797 Telephone
                                        (913) 451-6163 Facsimile
                                        **ATTORNEY FOR PLAINTIFF**

Dated: January 14, 2010	By: <u>/s/Alan B. Gallas</u>
                                        Alan B. Gallas
                                        Gwendelyn M. Garcia
                                        GALLAS & SCHULTZ
                                        9140 Ward Parkway, Suite 200
                                        Kansas City, MO 64114
                                        (816) 822-8100 Telephone
                                        (816) 822-8222 Facsimile
                                        **ATTORNEY FOR DEFENDANT**